UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUPERIOR RENTALS, INC. ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Criminal Case No. <br><br> '07 CR 3445 W <br><br> INFORMATION <br><br> Title 16, U.S.C., Secs. 1538(a)(1)(B), (g), and 1540(b) (Endangered Species Act) (Misdemeanor) |

The United States Attorney charges that:

From between on or about August 1, 2006, to on or about August 15, 2006, in the Southern District of California, the defendant, Superior Rentals, Inc., did knowingly and unlawfully take and cause to be taken within the United States endangered species of wildlife, to wit, vernal pool fairy shrimp (*Branchinecta lynchi*), by knowingly driving heavy equipment in a vernal pool fair shrimp habitat resulting in injury to vernal pool fairy shrimp.

In violation of Title 16, United States Code, Sections 1538(a)(1)(B), (g), and 1540(b).

DATED this 26th day of December 2007

KAREN P. HEWITT
UNITED STATES ATTORNEY

Anne Kristina Perry
Assistant U.S. Attorney