

USA v. Superior Rental
07CR 3445-AJB

# CORPORATE RESOLUTION

I, the undersigned, hereby certify that I am the Secretary of Fallbrook Equipment Rentals, a California Corporation dba Superior Rental, a corporation duly organized and existing under and by virtue of the laws of the State of California; that I am the keeper of the corporate records of this Corporation and that as such, I am authorized to execute this certification on behalf of this Corporation; that the following is a true, correct and compared copy of a resolution duly adopted and ratified at a meeting of the Board of Directors of this Corporation, duly called and held on November 26, 2007, in accordance with its charter and by-laws, at which meeting a quorum was present and acting throughout; that said resolution has not been in any way amended, annulled, modified, rescinded or revoked, but is in full force and effect.

Resolved, that the President of this Corporation is hereby authorized in the name of this Corporation to name Rick Layon as the Corporate attorney for the purpose of entering and negotiating a plea agreement on behalf of the corporation in regards to the United States District Court, Southern District of California Court case; United States of America vs. Superior Rental.

I further certify that the Board of Directors of this Corporation has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the foregoing resolution and to confer the powers granted to the persons named who have full power and lawful authority to exercise the same.

IN WITNESS WHEREOF, I hereunto subscribe my name and affixed the seal of this Corporation on this 26 day of November, 2007

SEAL    _Sheri Windbigler_
        Secretary

Attest:

_Rick Withy_                              _Rick Windly_
President                                  Treasurer

NHC/ Corporate Resolution