UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 14 AM 10: 33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3445-W |
| v. | ) ) ) | JUDGMENT |
| SUPERIOR RENTALS, INC., | ) ) ) | Richard H. Layon<br>Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 16 USC 1538(a)(1)(B), (g) and 1540(b) - Endangered Species Act   (Misdemeanor)

**x** Defendant pleaded guilty to count 1 of the Information
___ Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT**
**x** Defendant is adjudged guilty on count 1 of the Information

**x** UNSUPERVISED PROBATION for a term of ONE (1) YEAR.
on the following conditions:
**x** not commit same or similar offence.
___ comply with all lawful rules and regulations of the probation department
___ not possess any narcotic drug or controlled substance without a lawful medical prescription
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
**x** Restitution ordered as a form of community service, by making a $2,500.00 payment for the preservation of improvement of vernal pool fairy shrimp habitat in the Southern District of California to the National Fish and Wildlife Foundation.
**x** Fine of $5,000.00 to be paid forthwith payable to Cooperative Endangered Species Conservation Fund, aka "Lacey Act Reward Account".

**x** Penalty assessment of $ 125.00 to be paid forthwith payable to: "Clerk, United States District Court".
___ Fine waived      X Fine of $   (see above)
IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

February 12, 2008
Date of Imposition of Sentence

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: